SARAH D. GREENE, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, and Others, Defendants. (Action No. 4.) — Motion for reargument denied. Motion for leave to appeal to the Court of

Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.